**WO**

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9   Tammie Dennisor,                    )    No.CV-08-0989-PHX-LOA
                                        )
10               Plaintiff,             )    **ORDER**
                                        )
11   vs.                                )
                                        )
12                                      )
     Steve Biddle, attorney; et al.,    )
13                                      )
                 Defendants.            )
14                                      )
                                        )
15   _____)

16          I, Lawrence O. Anderson, Magistrate Judge of the United States District for

17   the District of Arizona, hereby:

18          **GRANT** the application for leave to proceed in forma pauperis (docket #3),

19   without prepayment of costs or fees or the necessity of giving security therefore.  Service by

20   waiver or of the summons and complaint shall be at government expense on the defendants

21   by the U. S. Marshal or his authorized representative.

22          The Clerk shall forthwith notify the Plaintiff of the entry of this Order.

23          DATED this 2nd day of June, 2008.

24

25                                    _____
                                            Lawrence O. Anderson
26                                       United States Magistrate Judge

27

28